UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDEL SMICKLE,

                    Plaintiff,

        -against-                                              25-CV-9877 (LTS)

THE STATE OF NEW YORK DEPARTMENT                              ORDER OF DISMISSAL
OF CORRECTION AND COMMUNITY
SERVICES,

                    Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated December 1, 2025, the Court directed Plaintiff, within thirty days, to

submit a completed request to proceed *in forma pauperis* ("IFP") and prisoner authorization or

pay the $405.00 in fees required to file a civil action in this court. That order specified that

failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner

authorization form or paid the fees. Accordingly, the complaint is dismissed without prejudice.[1]

*See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

---

[1] Because the Court did not rule on Plaintiff's IFP application, he shall not be charged the
$350.00 in filing fees for this action.

Dated:    February 17, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge

2