UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDEL SMICKLE,

                        Plaintiff,

          -against-

THE STATE OF NEW YORK
DEPARTMENT OF CORRECTION AND
COMMUNITY SERVICES,

                       Defendant.

25cv9877 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 17, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 19, 2026
              New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                          Chief United States District Judge